UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M. ODOM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SOLANO CO. SUPERIOR COURT,<br><br>　　　　　Respondent. | No. 2:21-cv-00487-TLN-GGH<br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2021, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 7.) Petitioner has filed objections to the findings and recommendations. (ECF No. 8.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 29, 2021, are ADOPTED IN FULL;

2. Petitioner's application for a writ of habeas corpus be summarily DISMISSED for failure to state a federal cognizable claim; and

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

The Clerk of Court is directed to close the case.

DATED:  June 8, 2021

Troy L. Nunley
United States District Judge